UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM R. YEE,

          Plaintiff,          No. 07-CV-15463-DT

vs.          Hon. Gerald E. Rosen

CHRISTINE ROCHE, et al.,

          Defendants.
_____/

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

          At a session of said Court, held in
          the U.S. Courthouse, Detroit, Michigan
          on __March 26, 2008_____

          PRESENT: Honorable Gerald E. Rosen
                            United States District Judge

On February 22, 2008 this Court entered a Memorandum Opinion and Order and Judgment dismissing Plaintiff's Complaint finding Plaintiff's claims barred by *res judicata*, collateral estoppel and/or the *Rooker-Feldman* doctrines, and a number of the claims also barred applicable statutes of limitations and absolute judicial or quasi-judicial immunity. The Court also sanctioned Plaintiff, pursuant to Fed. R. Civ. P. 11, and ordered him to pay to the Court $500.00 for filing a frivolous lawsuit. Plaintiff now asks the Court to reconsider the February 22, 2008 Order and Judgment, return the $500.00 he paid to the Court, and restore his complaint in its entirety.

The grounds for the granting of motions for reconsideration are set forth in Eastern District of Michigan Local Court Rule 7.1(g):

**(g) Motions for Rehearing or Reconsideration.**

(3) **Grounds**. Generally, and without restricting the court's discretion, <u>the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication.</u> The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Having reviewed and considered Plaintiff's Motion for Reconsideration in this case, the Court finds that Plaintiff has merely presented the same issues already ruled upon by the Court in its February 22, 2008 Memorandum Opinion and Order. Further, Plaintiff has not demonstrated a palpable defect by which the Court has been misled or that a different disposition of the case must result from a correction thereof.

Therefore,

IT IS HEREBY ORDERED that Plaintiff's "Motion to Reconsider the Judgment and Order Filed 02-22-08 " [Dkt. # 15] be, and hereby is, DENIED.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: March 26, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2008, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager